**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re: Norton Ruiz                                   Case No: 18-17722-LMI
                                                      Chapter 13

    Debtor.
_____/

### DEBTOR'S MOTION FOR APPROVAL TO REFINANCE THE HOMESTEAD PROPERTY TO PAYOFF THE BANKRUPTCY

**COMES NOW** the Debtor, Norton Ruiz, by and through his undersigned counsel, files this Motion for Approval to Refinance the Homestead Property to Pay Off the Bankruptcy and in support thereof states:

1. This case was filed under Chapter 13 on June 27, 2018.

2. The time period to object to exemptions has expired.

3. The Debtor's case was confirmed on October 12, 2018.

4. The Debtor has fully exempted his homestead property located at 5451 W 10th Lane, Hialeah, FL 33012-2463.

5. The Debtor has a settlement statement to refinance his exempted homestead property with America's Title Corporation and/or Assigns.

6. The Debtor is paying 100% of his allowed general unsecured creditors and curing and maintaining his homestead property with Caliber Home Loans, Inc.

7. The refinancing will pay off the Caliber Home Loans, Inc. claim [POC#6] entirely and generate sufficient proceeds to pay off 100% of said allowed unsecured creditors.

8. Any secured creditor(s) will be paid off in full at closing in accordance with the payoff received by the title company from the secured creditor(s).

**WHEREFORE** the Debtor respectfully requests that this Court grant this Motion, allow the Debtor to refinance the fully exempted homestead property, allow the payoff of the secured creditor Caliber Home Loans, Inc. directly and outside the bankruptcy plan, and allow the payoff of 100% of the allowed unsecured creditors through the bankruptcy, and grant such further relief as this Court may deem just and equitable.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically via ECF to: Nancy N. Neidich, Trustee, and via U.S. Mail to all creditors on the service list.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 W 49th Street
Hialeah, FL 33013
Tel. (305) 687-8008

By:*/s/Robert Sanchez*_____
Robert Sanchez, Esq., FBN#0442161