

**ORDERED in the Southern District of Florida on November 12, 2019.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re: Norton Ruiz                                    Case No: 18-17722-LMI
Debtor.                                                       Chapter 13
_____/

**ORDER GRANTING DEBTOR'S MOTION FOR APPROVAL TO REFINANCE
THE HOMESTEAD PROPERTY TO PAYOFF THE BANKRUPTCY PLAN**

**THIS MATTER** having come to be heard on this 5th day of November 2019, upon Debtor's Motion for Approval to Refinance the Homestead Property to Payoff the Bankruptcy Plan [ECF#67], based on the record and the Court having reviewed the file, IT IS;

**ORDERED AND ADJUDGED:**

1. The Motion is GRANTED.

2. The Debtor is approved and may immediately refinance his fully-exempt homestead property located at 5451 W 10th Lane, Hialeah, FL 33012-2463. With a legal description as follows:

36 52 40 PB 60-87  
PALM SPRINGS 5TH ADDN SEC 2  
LOT 14 BLK 92  
LOT SIZE SITE VALUE  
OR 18506-4899 0299 5  
COC 22315-0040 05 2004 1

3. The Debtor may payoff in full the claim of the secured creditor, Caliber Home Loans, Inc. [ECF#6], with the proceeds of the refinancing with the other lender.
4. The Debtor may also payoff the allowed unsecured creditors through the bankruptcy plan with the remaining proceeds.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.