UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                    Case No. 18-17722-LMI

Norton Ruiz

       Debtor(s).                                        Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, by and through his undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On June 27, 2018 the instant case was filed.

2. On October 9, 2018 Debtor's Third Amended Chapter 13 plan was confirmed.

3. The Debtor is currently under a 100% plan under the First Modified Plan.

4. In debtor's confirmed plan, the debtor is paying Caliber Home Loans for a cure and maintain mortgage on his principal residence.

5. Caliber Home Loans filed a notice of mortgage payment change and notice of post-petition fees and costs, wherein the regular payment of the debtors' mortgage has increased.

6. Debtor desires to modify his plan in order to provide for the new payment.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtors' Second Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf to Nancy K. Neidich, Trustee and U.S. Mail on April 10, 2020: to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez
    Robert Sanchez, Esq., FBN#0442161